1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN COREAS, | ) 1:08-cv-01689-AWI-JLT HC |
| | ) |
| Petitioner, | ) ORDER TO AMEND PETITION |
| | ) (Doc. 1) |
| v. | ) |
| | ) ORDER DIRECTING CLERK OF COURT TO |
| | ) SEND PETITIONER BLANK FORM |
| KEN CLARK, Warden, | ) PETITION FOR A STATE PRISONER |
| | ) |
| Respondent. | ) THIRTY DAY DEADLINE |
| | ) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition, alleging that Petitioner was assessed a credit loss as the result of an adverse ruling in a prison disciplinary hearing, was filed on November 5, 2008.  (Doc. 1).  On March 18, 2009, the Court ordered Petitioner to file, within thirty days,  an amended petition because the original petition was incomplete.  (Doc. 4).   Petitioner never responded to the Court's order of March 18, 2009.  Accordingly, on September 18, 2009, the Court issued Findings and Recommendations to dismiss the case for Petitioner's failure to follow the Court's orders.  (Doc. 6).  On October 5, 2009, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations, alleging "excusable neglect" for not filing the amended petition and requesting thirty days within which to do so.  (Doc.  8).

1

Although Petitioner has made out only the weakest possible case for excusable neglect, the Court is prepared to afford Petitioner one last opportunity to proceed in this case by filing an amended petition within thirty days.  If Petitioner complies, the Court will withdraw the Findings and Recommendations dated September 18, 2009.  If he does not, the Court will submit the matter to the District Judge for adoption of those Findings and Recommendations and, ultimately, dismissal of the case.

ORDER

Accordingly, it is HEREBY ORDERED:

1.      Petitioner SHALL AMEND THE PETITION to state the grounds raised at each court, as well as the grounds he is raising in this petition, as well as the date each court ruled on all claims by filling out the form petition **in its entirety** within thirty (30) days of the date of service of this order.  The amended petition should be clearly and boldly titled "AMENDED PETITION," contain the appropriate case number, and be an original **signed under penalty of perjury**.  Petitioner should also note that every pleading to which an amendment is permitted **must be retyped or rewritten and filed so that it is complete in itself without reference to the prior or superseded pleading**.  Local Rule 220.

2.      The Clerk of Court is DIRECTED to send Petitioner a blank form petition for federal prisoners filing pursuant to § 2254.

**Petitioner is forewarned that his failure to comply with this order may result in a an order of dismissal pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated:   **May 6, 2010**                                    _____**/s/ Jennifer L. Thurston**_____
                                                              UNITED STATES MAGISTRATE JUDGE